**COMPASSION IN DYING, a Washington nonprofit corporation; Jane Roe; John Doe; James Poe; Harold Glucksberg, M.D., Plaintiffs–Appellees,**

v.

**STATE OF WASHINGTON; Christine Gregoire, Attorney General of Washington, Defendants–Appellants.**

No. 94–35534.

United States Court of Appeals, Ninth Circuit.

Aug. 1, 1995.

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.